JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR RAUL MOLINA DIAZ,<br>Petitioner,<br>v.<br>JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-03059-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: August 17, 2026

SHERI PYM
United States Magistrate Judge